**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6644**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JASON COOKE,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:10-cr-00554-RMG-1)

Submitted:  September 25, 2025                           Decided:  September 30, 2025

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jason Cooke, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jason Cooke, a federal prisoner, appeals the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having carefully reviewed the record, we are satisfied that the district court did not abuse its discretion in weighing the 18 U.S.C. § 3553(a) factors and concluding that Cooke was not entitled to a sentence reduction. *See United States v. Moody*, 115 F.4th 304, 310 (4th Cir. 2024) (explaining standard of review); *Brodziak v. Runyon*, 145 F.3d 194, 196 (4th Cir. 1998) (recognizing that a decision "within the discretion of the [district] court should be affirmed even though we might have exercised that discretion quite differently"). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*